

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00723-CV

Harvey Lee **TUTT**,
Appellant

v.

Nicole **TUTT**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 22-08-8376-CCL
Honorable Mark Cashion, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: November 23, 2022

DISMISSED

On November 7, 2022, appellant filed "Appellant's Voluntary Dismissal of Appeal" moving this court to dismiss its appeal. Appellant's motion to dismiss its appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). No costs are assessed against the appellant. *See* TEX. R. APP. P. 2.

PER CURIAM